UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SERGIO JIMENEZ ZAPIEN,<br>    aka CHUPIS,<br>    aka CHUTESE,<br><br>    Defendant. | Magistrate Case No. 07 MJ 2615<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 –<br>Conspiracy to Distribute Methamphetamine |

The undersigned complainant, being duly sworn, states:

Beginning on a date unknown and continuing up to and including November 6, 2007, within the Southern District of California, and elsewhere, defendant SERGIO JIMENEZ ZAPIEN, aka Chupis, aka Chutese, did knowingly and intentionally conspire with other persons known and unknown to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

                                        LESLIE TOMAICH
                                        Special Agent
                                        U.S. Drug Enforcement Administration

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7th DAY OF NOVEMBER 2007.

                                        HONORABLE CATHY ANN BENCIVENGO
                                        UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

For several months, special agents from the Drug Enforcement Administration have conducted an investigation of various individuals involved in the distribution of methamphetamine in the San Diego area. One element of this investigation has been the court-authorized interception of wire communications on a number of phones used by individuals involved in the distribution of methamphetamine.

Pursuant to this investigation, agents intercepted at least 20 telephone calls between defendant SERGIO JIMENEZ ZAPIEN and EDUARDO BARAJAS, aka Eddie-Boy, and ZAPIEN and VICTOR RAMOS, aka V, regarding the acquisition or storage of methamphetamine and cutting agents used for diluting methamphetamine for distribution purposes.

For example, on March 29, 2007, RAMOS called ZAPIEN to determine whether ZAPIEN had access to any cutting agent for methamphetamine. ZAPIEN told RAMOS that he had the cutting agent at his residence.

On March 30, 2007, BARAJAS called ZAPIEN to determine whether ZAPIEN had any cutting agent at his residence.

On April 3, 2007, ZAPIEN called RAMOS and said that he needed a "ball" [quantity of methamphetamine]. RAMOS told ZAPIEN that he would have to break up a larger quantity of methamphetamine to provide ZAPIEN with that amount.

On April 3, 2007, ZAPIEN called BARAJAS to determine whether BARAJAS had any methamphetamine available for distribution.

On April 6, 2007, ZAPIEN called RAMOS and discussed the prospect of obtaining methamphetamine from a third party. ZAPIEN said that the third party had some yellow methamphetamine that was translucent.

BARAJAS and RAMOS were indicted on October 31, 2007 in Criminal Case No. 07CR2985-WQH and were charged, along with seven others, with conspiracy to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846. Based on intercepted calls, seizures, surveillance and other information, BARAJAS, RAMOS, and others distributed at least 25 pounds of methamphetamine.

Based on these facts, there is probable cause to believe that defendant SERGIO JIMENEZ ZAPIEN, aka Chupis, aka Chutese, did knowingly and intentionally conspire together with EDUARDO BARAJAS, VICTOR RAMOS, and persons known and unknown to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine.