FILED
DEC 11 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR3312-IEG |
| Plaintiff, | INFORMATION |
| v. | Title 21, U.S.C., Sec. 843(b) – Use of Communication Facility to Commit a Felony Drug Offense |
| SERGIO JIMENEZ ZAPIEN, | |
| Defendant. | |

The United States Attorney charges:

On or about April 3, 2007, within the Southern District of California, defendant SERGIO JIMENEZ ZAPIEN, did knowingly and intentionally use a communication facility, that is, a telephone, in committing and facilitating the commission of a conspiracy to distribute approximately 3.5 grams of methamphetamine in violation of Title 21, United States Code, Section 846; All in violation of Title 21, United States Code, Section 843(b).

DATED: 12/11/07

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant United States Attorney