AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

DEC 11 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. 07 CR3312 IEG |
| Plaintiff, | |
| v. | WAIVER OF INDICTMENT |
| SERGIO JIMENEZ ZAPIEN, | |
| Defendant. | |

I, SERGIO JIMENEZ ZAPIEN, the above named defendant, who is accused of Use of a Communication Facility To Commit a Felony Drug Offense in violation of 21 U.S.C. § 843(b), being advised of the nature of the charges in the Information and of my rights hereby waives in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

12-11-07
DATED

_____
SERGIO JIMENEZ ZAPIEN
Defendant

12-11-07
DATED

_____
DONALD L. LEVINE, ESQ.
Counsel for Defendant

Before _____
HONORABLE CATHY ANN BENCIVENGO
United States Magistrate Judge