| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | TIMOTHY F. SALEL |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 163597 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6074 |
| | Facsimile: (619) 557-3445 |
| 6 | Email: timothy.salel@usdoj.gov |
| 7 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3312-IEG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| SERGIO JIMENEZ-ZAPIEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Dated: March 25, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/S/ TIMOTHY F. SALEL
TIMOTHY F. SALEL
Assistant United States Attorney

//

//

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 3 | UNITED STATES OF AMERICA, ) | Case No. 07CR3312-IEG |
| 4 | Plaintiff, ) | |
| 5 | v. ) | CERTIFICATE OF SERVICE |
| 6 | SERGIO JIMENEZ-ZAPIEN, ) | |
| 7 | Defendant. ) | |

9  IT IS HEREBY CERTIFIED that:

10  I, Timothy F. Salel, am a citizen of the United States over the age of 18 years and a resident

11 of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893;

12 I am not a party to the above-entitled action.

13  I have caused service of the Government's NOTICE OF APPEARANCE on the following

14 party, by electronically filing the foregoing with the Clerk of the District Court using its ECF

15 System, which electronically notifies the following party:

16  Donald L. LeVine - Attorney For Defendant

17  I declare under penalty of perjury that the foregoing is true and correct.

18  Executed:  March 25, 2008            */s/  TIMOTHY F. SALEL*
                                        TIMOTHY F. SALEL
19                                      Assistant U.S. Attorney
                                        E-mail: timothy.salel@usdoj.gov